**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 19 WAL 2024

Respondent   :

  :    Petition for Allowance of Appeal
  :    from the Order of the Superior Court

v.   :

BRIAN SCOTT FRANKLIN,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.